U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 2 4 2009
ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRANCE PICHON | CIVIL ACTION NO. 08-1354 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN BRAZEL, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 12] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 13] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Terrance Pichon's civil rights complaint is DENIED and DISMISSED WITH PREJUDICE as frivolous and failing to state a claim pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

MONROE, LOUISIANA, this 24 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE