# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **TERRANCE PICHON** | * | **CIVIL ACTION NO. 08-1354** <br> **SEC. P.** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **WARDEN BRAZEL, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

Before the undersigned magistrate judge is a request for a complete copy of the case [doc. # 15] filed by pro se plaintiff Terrance Pichon, who is proceeding herein *in forma pauperis*. For reasons set forth below, the motion is **DENIED**.[1]

In his filing, plaintiff contends that he needs a free copy of his case because "it will truly help [him]. [doc. # 15]. The *in forma pauperis* statute authorizes the payment of a suit record at the expense of the United States only if required by the appellate court. 28 U.S.C. § 1915(c). However, this case is not on appeal and it appears that the deadline to file an appeal has lapsed. *See* Fed.R.App.P. 4(a). Moreover, plaintiff has not demonstrated why a copy of his case is necessary. *See Harless v. United States*, 329 F.2d 397, 399 (5th Cir. 1964) (motion to obtain free records and files was insufficient in the absence of any particularized challenge to the judgment); *Norton v. Dimazana*, 122 F.3d 286, 293 (5th Cir. 1997) (to obtain transcripts at government

---

[1] As this matter is not excepted within 28 U.S.C. § 636(b)(1)(A), nor dispositive of any claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this order is issued under the authority thereof, and in accordance with the standing order of this court. Any appeal must be made to the district judge in accordance with Rule 72(a) and L.R. 74.1(W).

expense, a party must show why the transcripts are necessary).

Accordingly, plaintiff's request for a complete copy of his case [doc. # 15] is hereby **DENIED**.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Monroe, Louisiana, this 17th day of August 2009.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE